# UNITED STATES DISTRICT COURT
для the

RECEIVED in Clerk's Office FEB 22 2022

Anthony Parker
*Plaintiff/Petitioner*

v.

Hankook Tire Manufacturing Tennessee, LP
*Defendant/Respondent*

Civil Action No. 3:22-cv-00063

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: Anthony Parker

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 2/18/21

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ NA | $ NA | $ NA |
| Self-employment | $ 0 | $ NA | $ NA | $ NA |
| Income from real property (such as rental income) | $ 0 | $ NA | $ NA | $ NA |
| Interest and dividends | $ 0 | $ NA | $ NA | $ NA |
| Gifts | $ 0 | $ NA | $ NA | $ NA |
| Alimony | $ 0 | $ NA | $ NA | $ NA |
| Child support | $ 0 | $ NA | $ NA | $ NA |

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ NA | $ NA | $ NA |
| Disability (such as social security, insurance payments) | $ 0 | $ NA | $ NA | $ NA |
| Unemployment payments | $ 0 | $ NA | $ NA | $ NA |
| Public-assistance (such as welfare) | $ 0 | $ NA | $ NA | $ NA |
| Other (specify): | $ 0 | $ NA | $ NA | $ NA |
| **Total monthly income:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Hankook Tire | Clarksville, TN. | 9/21 - 1/20/22 | $ 5300 Af |
| Smile Direct | Antioch, TN | 7/21 - 8/21 | $ 5200 |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Fifth 3rd Bank | Checking | $ 100.02 | $ NA |
| NA | NA | $ 0 | $ NA |
| NA | NA | $ 0 | $ NA |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ 0 |
| Other real estate *(Value)* | $ 0 |
| Motor vehicle #1 *(Value)* | $ 1000 |
| Make and year: Jaguar 2007 | |
| Model: X Type | |
| Registration #: 484EH - Indiana | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ 0 |
| Other assets *(Value)* | $ 0 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br> Are real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | $ 700 | $ NA |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 110 | $ NA |
| Home maintenance (repairs and upkeep) | $ 0 | $ NA |
| Food | $ 200 | $ NA |
| Clothing | $ 0 | $ NA |
| Laundry and dry-cleaning | $ 30 | $ NA |
| Medical and dental expenses | $ 50 | $ NA |
| Transportation (not including motor vehicle payments) | $ 100 | $ NA |
| Recreation, entertainment, newspapers, magazines, etc. | $ 100 | $ NA |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ 0 | $ NA |
|     Life: | $ 50 | $ NA |
|     Health: | $ 0 | $ NA |
|     Motor vehicle: | $ 60 | $ NA |
|     Other: | $ 50 | $ NA |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ NA |
| Installment payments | | |
|     Motor vehicle: | $ 0 | $ NA |
|     Credit card (name): Applied Bank | $ 40 | $ NA |
|     Department store (name): | $ 0 | $ NA |
|     Other: | $ 0 | $ NA |
| Alimony, maintenance, and support paid to others | $ 1000 | $ NA |

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0 | $ NA |
| Other *(specify)*: | $ 0 | $ NA |
| **Total monthly expenses:** | $ 2490.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☒ Yes ☐ No    If yes, describe on an attached sheet. ① Waiting for unemployment. Vigorously seeking new employment.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit? ☐ Yes ☒ No

    If yes, how much? $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    Waiting for unemployment benefit and making effort to find new employment. Presently unable to pay filing fee and will reimburse if lawsuit is successful.

12. Identify the city and state of your legal residence.

    Murfreesboro, Tennessee

    Your daytime phone number: 317-650-6051

    Your age: 64    Your years of schooling: 16

Anthony Parker

Amend form as ordered on 2/2/22.

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF TENNESSEE

Anthony Parker

                                              Plaintiff,

v.                                                          Case No.: 3:22-cv-00063

Hankook Tire Manufacturing Tennessee, LP

                                              Defendant,

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Parties' printed names | Signatures of parties or attorneys | Dates |
|---|---|---|
| Anthony Parker | *(signature)* | 2/18/22 |
| | | |
| | | |
| | | |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____                                _____

                                                                                     *District Judge's signature*

                                                                                     *Printed name and title*

**DO NOT FILE THIS FORM UNLESS ALL PARTIES CONSENT TO PROCEED BEFORE THE MAGISTRATE JUDGE.** When filing the Notice of Consent, in the CM/ECF filing system, use the event listed under Notices, Notice of Consent of the Parties.

925 S. church st. pt 655
Murfreesboro TN. 37133

RECEIVED
in Clerk's Office
FEB 22 2022

Attn: Civil Clerk
US District Court
801 Broadway
Rm 800
Nashville TN 37203