**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE DIVISION CIVIL ACTION**

**No. 3:22-cv-00063**

*RECEIVED*

*MAR 1 4 2023*

*U.S. District Court*
*Middle District of TN*

ANTHONY PARKER, Plaintiff

v.

HANKOOK TIRE MANUFACTURING
TENNESSEE, LP., Defendant

**NOTICE OF APPEAL**

Notice is hereby given that, Anthony Parker, Appellant hereby appeal to the United States Court

of Appeals for the Sixth Circuit from order of Judge Campbell/ Magistrate Judge Frensley enter

in this action on March 7, 2023.

Anthony Parker
825 S. Church St. 2655
Murfreesboro, TN. 37133
615-997-4949

# Certification of Service

I certify a copy of Notice of Appeal was sent to Appellee's representative address as shown
below

        Trip Conrad
        WALLER Law
        511 Union St. Suite 2700
        Nashville, TN. 37219

Anthony Parker
825 S. Church St. 2655
Murfreesboro, TN. 37133

Anthony Parker
825 S. Church St. # 2655
Murfreesboro, TN 37133

RECEIVED

MAR 14 2023

U.S. District Court
Middle District of TN

NASHVILLE TN 370
11 MAR 2023 PM 3 L

37203-705522

Attn; Clerk's office
US District Court
719 Church St. Suite 1300
Nashville, TN. 37203



FOREVER
936330113114315