UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Dec 21, 2023
KELLY L. STEPHENS, Clerk

No. 23-5208

ANTHONY PARKER,

    Plaintiff-Appellant,

v.

HANKOOK TIRE MANUFACTURING TENNESSEE, LP,

    Defendant-Appellee.

Before: KETHLEDGE, STRANCH, and MATHIS, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Middle District of Tennessee at Nashville.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

    **ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk