## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 12, 2024

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

      Re:  Case No. 23-5208, *Anthony Parker v. Hankook Tire Manufacturing Tennessee, LP*
           Originating Case No. : 3:22-cv-00063

Dear Ms. Hill,

  Enclosed is a copy of the mandate filed in this case.

                                      Sincerely yours,

                                      s/Mackenzie A. Collett
                                        For Virginia Padgett

cc:  Mr. Frederick L. Conrad III
      Mr. Aron Zwi Karabel
      Mr. Anthony Parker

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 23-5208

_____

Filed: January 12, 2024

ANTHONY PARKER

    Plaintiff - Appellant

v.

HANKOOK TIRE MANUFACTURING TENNESSEE, LP

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 12/21/2023 the mandate for this case hereby issues today.

COSTS: None